(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _James Cooke 403972_
(Name of Plaintiff)   (Inmate Number)

_HRYCI. PO BOX 9561 W.I. DE 19809_
(Complete Address with zip code)

(2) _Richard Iverson 367529_
(Name of Plaintiff)   (Inmate Number)

_H.R.Y.C.I. P.O. Box 9561 W.I. DE 19809_
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Mr. Aaron Goldstein_

(2) _Mr. Joseph A. Hurley III_

(3) _Mr. Carl C. Danberg_
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

10 - 893
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

## I.  PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____
_____
_____

## Additional Sheets Needed for Defendants

### Names
### Employment Addresses With Zip Codes

4) Mr. Phil Morgan, Warden, Charge Official of Prison, at HRYCI, P.O. Box 9561, Wil. DE. 19809.

5) Mr. Emmett, Deputy Warden, Assistant, at HRYCI, P.O. Box 9561, Wil. DE, 19809.

6) Mr. Parker, Major-C/o. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

7) Mr. Berggur, Capt. C/o. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

8) Ms. Carol Jefferson, Capt. C/o at HRYCI, P.O. Box 9561, Wil. DE. 19809.

9) Mr. Williams, Lt. C/o at HRYCI, P.O. Box 9561, Wil. DE. 19809.

10) Mr. A Pearce, Lt. C/o, at HRYCI, P.O. Box 9561, Wil. DE. 19809.

11) Mr. Charles, Sgt. C/o. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

12) Mr. Dempsey, Sgt. C/o. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

13) Mr. Crawford, Sgt. C/o at HRYCI, P.O. Box 9561, Wil. DE. 19809.

14) Mr. Bowles, Cpl. C/o at HRYCI, P.O. Box 9561, Wil. DE. 19809.

15) Mr. A. Harris, Corr. off. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

16) Mr. E. Smith, Corr. off. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

17) Mr. Marty, Corr. off. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

18) Mr. McBride, Corr. off. at HRYCI, P.O. Box 9561, Wil. DE. 19809.

19) Ms. Cindy, Medical Nurse, at HRYCI, P.O. Box 9561, Wil. DE. 19809.

20) Medical Charge Nurse, at HRYCI, P.O. Box 9561, Wil. DE. 19809.

21) Mr. Roderick L. Johnson Sr., Supervisor Paralegal, at HRYCI, P.O. Box 9561, Wil. DE. 19809.

22) Mr. Perrelle, Corr. off. at HRYCI, at P.O. Box 9561, Wil. DE. 19809.

23) Mr. Richard Morse, Staff Attorney, ACLU at ACLU of Del., ACLU 100 West 10th St. Suite 309. Wil. DE. 19801

24) Ms. Jennifer L. Aaronson, and Mr. Patrick Collins, Private Attorneys at Law, at Aaronson, Collins & Jennings LLC of Del. 8 East 13th St. P.O. Box 2865, Wil. DE. 19805

25) Mr. Steve Eichel, Esquire P.H.D. at Aaronson, Collins & Jennings LLC of Del., 8 East 13th St. P.O. Box 2865 Wil. DE. 19805

26) Ms. Melissa Lang, and Mr. Shea, Forensic S.S.W. at Aaronson, Collins & Jennings LLC Melissa Lang L.M.S.W. 315 Flatbush Ave, #417 Brooklyn, New York. 11217.

27) Ms. Patrick B. Schwartz, & Chief Counsel Mr. Frederick W. Iobst, DOC Chief at

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • ✓Yes • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • ✓Yes • •No

C. If your answer to "B" is Yes:

1. What steps did you take? _Grievances, Medical Complaint Grievances, Warden, ACLU, Internal Affairs, Mr. Joseph R. Biden, and Mr. Aaron Goldstein Dept of Justice, and Mr. Carl C. Danberg, Commissioner,_

2. What was the result? _No Action was taken, letters been confiscated, denied all access,_

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _Mr. Aaron Goldstein_
Employed as _Esquire DAG_ at _Dept of Justice_
Mailing address with zip code: _Dept of Justice, New Castle County 820 N. French St. Wil Del 19801_

(2) Name of second defendant: _Mr. Joseph R. Biden III_
Employed as _Attorney General_ at _Dept of Justice_
Mailing address with zip code: _Dept of Justice, New Castle County 820 N. French St. Wil Del 19801_

(3) Name of third defendant: _Mr. Carl C. Danberg_
Employed as _Commissioner_ at _Dept of Correctional_
Mailing address with zip code: _Dept of Corr 245 McKee Road Dover 19904_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

<u>Continue State so Briefly</u>

### IV
#### -A-

1] On April, 22, 2010, I was admitted into HRYCI, from JTVCC, for Attorney-Client Relationship. I come from JTVCC, with no infraction, no assaultive behavior etc. When enter in the facility, I was classify to the "hole" by the prison administrator under the order of the Warden-Mr. Phil Morgan- the order giving by him by the D.A. Dept. of Justice, Mr. Aaron Goldstein, with Denial of all access.

2] April, 25, 2010, I wrote Deputy Warden, Mr. Emmett, and Major Parker, I got a response back from Major Parker, a brief notation from him explaining that I would only be in the "hole" for (2) weeks, - this same letter that Major Parker, wrote me, My Attorney have a copy of on May, 27, 2010, and the Internal Affairs, have a copy of June, 3, 2010.

3] On May, 21, 2010, I ask C/os Mr. A. Harris, and Mr. G. Smith, can I please talk to the Dep. Warden, or Major Parker, Capt. Denyar, about me being removed out of the "Hole," that two of them, had promise me. I also ask the two C/os, if they could call as well, these procedures took place around about 9:15 to 9:35 A.M. Friday, around 11:35 A.M. I kick on the door about (5) times, the C/os was in the booth, when they come on the unit they screamed out on the unit who kicking on the door, now they the same time the fan was on, so it was hard to hear. When Mr. G. Smith appear my door, there was no more kicking on the door, when Mr. A. Harris, approach my door Mr. Harris, had his mace out hiding behind his buttock, Mr. G. Smith, unlocked my footport, and while I was talking to Mr. G. Smith, Mr. Searles the C/pl. was coming on the unit so I on seeing him make his way to my room, Mr. A. Harris, reached his hands in my footport grabbed my private part with my boxer, and T-Shirt in his hand, maced my private part, about 2 1/2 seconds after I was maced by Mr. A. Harris, I kicked the door because he maced me, then C/pl. Searles, said, Cooke, your not going anywhere, you know that you have a capital case because the nature of your charge, then he order Mr. G. Smith, to open my footport and he maced me. all this was caught on video camera, that monitor the "hole" area. I was denied medical care by C/os Mr. A. Harris, after I shown him that I had blood on my boxer, from me urine, this was around about 3:15 p.m. →

Continue State of Liberty

- B -

When showing C/o. Mr. McCane, the blood that was in boxer, Mr. A. Harris, started to proceed to make jokes about the whole situation, he called on my intercom and ask me do I feel suicidal, so he could put me in the service room. When speaking to Lt. Williams, about his low rank officer's macing me improper around about 12 or 1 pm. When talking to Lt. Williams, he threaten to "kill me." I reported to Behavior.

4] On May 21, 2010, around about 4:15 or 4:31 am, I alert the second Shift C/os that was working, that I was peeing out blood, and it was emergency. The Lead Sgt. was called to the scene, and the Charge nurse, Sgt. Dimpsey, and C/o. Mr. McGene, witness the blood from my private part, the charge nurse, try to convince hisself that he didn't see no blood, until I had to tell the Sgt. How can the charge nurse that he can't see no blood when I wiped off my private part right in front of him with white tissue, so squeezing blood comes out, the charge nurse, didn't give me any medical care, did not take any report. He "schedule for me to see the doctor.

5] On May 22, 2010, around about 12:02, Sgt. Lt. Williams, come in my room by himself, knock all my stuff down off my shelve, took my toothpaste holder, as I was standing up at the foot of my bed, as Lt. Williams, was enter- ing out of my room, he come close to me where he made contact with me hitting me with his shoulders into my chest saying he'll "kill me." This was cought on "video camera," the unit was being monitor, the C/os. that was on the unit when this incident took place C/o. Mr. Merty, I reported incident Sgt. Cho

6] On May 26, 2010, I was taking from the "Hole" interview by Capt. Deroggur, in his office I told Capt. Deroggur, what happen, and I gave him the grievances, that I wrote-up on Cpl. Searles, C/os, Mr. A. Harris, Mr. G. Smith, and Lt. Williams, the grievances was handed to Capt. Deroggur, hand to hand by me, I told him that I wanted to sign complaints on the C/o.

Continue state as liberty

## IV
### -C-

7] On May, 27, 2010, my attorney Mr. Patrick Collins, visit me asking me what happen. I explained. Mr. Patrick Collins, made a copy of the letter Major Parker, wrote to me, and I told Mr. Patrick, that the unit is monitor 24-7, and that I want to sign complaints on the C/os, he told me that he would report it to D.A.G. Mr. Aaron Goldstein. I told Mr. Patrick, that mylife is endanger at the HRYCI.

8] On June, 3, 2010, I was interview by the "Internal Affairs," in Capt. Merggur, office, the "Internal Affairs," recorded my statement, confiscated the video tape, and took the boxer, and T-Shirt that I had on the day of the incident for evidence, and said the reports and grievance that I wrote-up on Lt. Williams, is missing disappeared, and they also said they was sent by the D.A.G. office, and they was relive I.A. and that I may see them again and I might not see them again.

9] On June, 9th or 10th, of 2010, I was interview by Capt. Merggur, in the "Hole" basically, what he told me, that the Warden Mr. Phil Morgen, is not please with me wanting to sign complaints on the C/os, I ask Capt. Merggur, why havent Mr. Phil Morgen, transfer me back to JTVCC, he said the Warden don't have to transfer you back to JTVCC, because your attorney said them, I told Capt. Merggur, he told my attourneys that he was trousfering me back to JTVCC, because mylife in jeopardy with the C/os and high rank C/os, then I ask Capt. Merggur, about me being denial the Law Library, and that I'm being compel to pay for cases rules, and regulation of law conduct. Capt. Merggur, told me, that the only way one gets to go to the Law Library, he must be sentence,

IV

-D-

10] On May 28, 2010, I finally see the medical doctor, took a urine test to see if blood was still in my urine. On June, 17th and 24th, took (3) more urine test, test results came back "positive" that blood was found in my urine. I was denied medical care, no medical treatment was giving.

11] In the month of May, I filled out several medical sick call slips about my feet. When finally seeing the medical nurse in late May of 2010, I explain to the medical nurse Ms. Cindy, about my feet, that I have 1st degree burns on both of my feet, including my left upper thigh. I explain, the my feet get numb where blood stops circulating, skin graft, where it becomes hard for me to walt, rashes and sometimes pus. Also I told Ms. Cindy, I have a history medical record that date back almost (4) decades, ago, and that this is a life time situation with me, that I have N.J. Fed, and JTVCC, institutional medical records as well. I told Ms. Cindy, that I need Vit A & D, oint. for my feet to keep my feet moist. On June 6, 2010, I was giving the wrong medical care. In the month of June, and the middle of July, of 2010, I filled out (12) sick call slips, that was truly ignored. On July 29, 2010, I was seen by Ms. Cindy, about my feet, I told her, that she gave me the wrong medical care, which was "tolnaftate." I also told her I need to see a foot specialist for my feet. On Aug. 4, 2010, I was prescribe with Vit. A & D oint, by Ms. Cindy. On Sept. 4, 2010, the prescription ran out, on Sept, 6, and 7th, and 13th, filled out a medical emergency sick call slip. On Sept, 14th, was see by the medical staff, I was denial medical care, and I told the medical staff I was "indigent" still was denied. On Sept, 16th, wrote→

Continue wrote on winery

## IV
### -E-

The Warden: Mr. Phil Morgan. Mr. Morgan, respondent back out leaving the matter in the hands of one of his Lts. care. On Sept. 25th, on Sat., I was taking down to the Lt. office about my medical matters, the Lt. check the computer to see if I was "indigent" positive result, the Lt. went to the medical station to inform them, that I was indigent, and that I was schedule for appointment on Sept. 27th, 2010. On Sept. 27, 2010, seen by the same medical staff, that been deny me for medical care. Also I explain to the medical staff about the Warden, and that the medical station approved that I can receive the Vit A&D oint, because I'm indigent, "he" call down to the medical station and talk to Ms. Karleen Bell, she vouch, and told him knowing the medical staff that I can receive the medical care because I'm indigent, and that I get a bottom bunk. The medical staff still denied me. On Oct. 4, 2010, went back to the medical sick call, and was being denied once again by Ms. Cindy, saying I must buy the Vit A&D oint, and saying as well what about the prisoner trust fund. I told her I was indigent Ms. Cindy, still denied me medical care.

12] On Aug. 3, 2010, Lt. A. Pedrick. Conspired with Warden: Mr. Phil, Morgan, and Major Parker, to find guilty of false, accusation without doing no investigation when the video prove that I was in the right and the proper trail was establish that one could not hide. When asking Lt. Pedrick, was he gonna ask me anything about the incident, he said no I find you guilty. I told him that I appeal he told me he denied the appeal I still find you guilty. I did not sign the false complaint, the incident happen on May, 21, 2010, and I was on video tape, 72 day later. When Wayne Thomas, incident happen on May, 23, 2010 he was found not guilty because his incident was caught on video in the "Hole" two later ... no coincidence. →

## IV
### F

13] On Aug. 25, 2010, Lt. Williams, forced C/o Mr. Michael D. Perry, to give me a 24 loss of all privilege for talking to Mr. Iverson, in his room, without giving me a warning. On Sept. 20th, 2010, I had wrapped my legal material up in a sheet, around about 2:25 p.m. about 2:30 p.m. as I was let out for rec, I brought my legal work out out of my room to work out on the unit Mr. Keith, & Buscemi, come running on the unit took my legal material wrap-up in the sheet I went up to the booth several time to let him know my legal material was in the sheet, he call the Lt who was Lt. Williams, Lt. Williams, come on the unit locked everybody in their room, he come to my room and ask me why was my legal material wrap-up in the sheet I told I was working out, he claim he had to confiscate my legal material I told him for what he said it was contraband, I told him that I need to speak to a Capt, he said no, you can write who ever I don't care I'm confiscating it "its contraband. I told Lt. Williams he got something against me. On Sept. 21, 2010, my attorney Ms. Aaronson, visit me, I explain the matters to her, she went to the D.A.G. Mr. Aaron Goldstein. On Sept. 22, 2010, Sgt. Charles, brought my legal material back, about 2:45 p.m. Lt. Williams, come on talk to me about the Warden, and Major Parker, threatening me saying if I get another 24, I'm going back on D.A. On Sept. 23, 2010, received legal mail from attorney Ms. Aaronson, saying Mr. Aaron Goldstein, D.A.G. took pictures of my legal work, and that he transferring me back to JTVCC.

14] Several legal documents missing from my legal material, this was done on purposely I wrote grievances, I wrote the Warden, I still haven't received them back, my legal material are very valuable to my case as well as my life serious matter.

15] My legal mail has been open before I'm receiving it, its been resealed with scotch tape. Ever U.S. District Court mail that I have been receiving from the Off. of the Clerk has been open before I received it, these court mail had been being open ever since Aug 19, 2010, the last three has no stamps on them.

16] On August, 22, 2010, I was denied from the business off. a copy of my trust fund account and I wrote the District Court about the matters, the letter had been confiscated by the facility.

17] On Sept. 09, 2010, Rover C/o Mr. Ferrelle, come in my room at 6:20 p.m. threatening me, threaten to throw me off of

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On May 21, 22, June, 9, August, 3, 25, Sept, 20th, and 22nd, of 2010, I was assaulted, threaten, and harassed by several C/os. May, 21, 28, June, 5 given wrong medical care, June, 17, 24, Sept, 14, 27, Oct, 4, of 2010. I was denial medical care and still being denial

2. legal papers confiscated, Missing, Destroyed Sept, 22, 2010. Denial religious passes to go to church, Inmate Trust fund Account, all xerox. I receive it, legal mail open before [Continue of one SHEET]

3. _____

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Truly I have exhaust with great faith of my arguement to the Commissioner, Bureau of Prisons, Dept of Justice, ODC, ACLU, Attorneys, that can say this is an on going problem in a manner consistent statutory scheme, I seek for damage, for Lt Williams confiscating my legal material when several of my documents are missing which are very valuable to my case and my life. I'm suing Lt Williams for stealing my documents, or destroying them, conspiracy, harassment and organization group 10.5 million dollar. I'm suing The Warden Mr. Phil Morgan, Major Parker, for conspiracy, organization group, allowing such acts to take place threatening me, Destroying Documents & evidence, for not taking Responsibility. 4.2 million dollar a piece. I'm suing Mr. A Harris, for conspiracy, inflicting bodily harm intentionally, organization group. False statements. By covering up the incident on May 21, 2010, 3.7 million dollar. And Cpl. Searles, who organized the heinous event. Then I'm suing Lt Pernick, for conspiracy and conspiring with the Warden and Major Parker, to falsify reports covering up evidences destroying documents 4.2. million dollar, I'm suing for intentionally denial of

of medical case which one two knowledge that a'm innocent, when knowing that the Warden, said it was okey to gave me the medical care that I needed. Conspiracy, improper procedures to be spiteful, to endanger my health, 5.7 million dollar. Truly this list gos on and from, denial religion issues, Denial all legal Access, Denial Transaction from prison Trust Fund Account.

2. hold in the "Hole" from 2005 to 2007, unconstitutional as well from April 29 2010 to August 4, 2010. cruel unusual punishment. Issues need to be resolve, I'm suffering from infliction of mental and emotional injury as mylife is being endanger everyday that passes, witnesses, that my complaints are consistently.

___

On Oct, 11, 2010 I wrote the Business Office to send me a

3. copy of my trust Fund Account, I was denied by the Business off, Truly I'm facing A Serious Capital Case, and being denial legal Access. I'm suffering from mental emotional and Physical pain. I'm seeking for damage. I'm suing Mr. Angelo, and the Business office. Mr. Sutton, Mail C/o for 5.5 million dollar.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __Oct__, 2 _010_ .

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Charles Cooke # 403922
Byverr
P.O. Box. 9561.
Wil. DE 19809.

Clerk
U.S District Court
Lockbox 18, 844 N King St
Wilmington, DE 19801

